UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORTENSUN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case No. 19-cv-03823-WHO<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 6, 16, 17, 19 |

On July 1, 2019, defendants removed this case from the Monterey County Superior Court. Dkt. No. 1. Defendants filed four motions to dismiss, which are set for hearing on September 18, 2019. Dkt. Nos. 6, 16, 17, 19. Plaintiff has not opposed any of these motions or otherwise communicated with the Court regarding his case.

Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall respond to this Order by filing oppositions to the motions no later than October 2, 2019. If plaintiff opposes, defendants may file replies on or before October 9, 2019. The hearing on defendants' motions to dismiss is reset for October 23, 2019 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

Failure to comply with this Order will lead to dismissal of this case. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: September 10, 2019

William H. Orrick
United States District Judge