# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORTENSUN,<br>Plaintiff,<br>v.<br>CALIFORNIA HIGHWAY PATROL, et al.,<br>Defendants. | Case No. 19-cv-03823-WHO<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL WITH PREJUDICE**<br>Re: Dkt. No. 29 |

On September 20, 2019, all parties in the above-captioned action filed a stipulation to dismiss, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Having reviewed the stipulation, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The Clerk shall close the case and vacate all hearings.

Dated: September 23, 2019



WILLIAM H. ORRICK
United States District Judge